UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
AUG 28 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.      INDICTMENT NO. 6:25-CR-65-REW

SCOTTIE SHELTON

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 13, 2025, in Laurel County, in the Eastern District of Kentucky,

**SCOTTIE SHELTON**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about August 13, 2025, in Laurel County, in the Eastern District of Kentucky,

**SCOTTIE SHELTON**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with

the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 26 U.S.C. § 5861(d)

On or about August 13, 2025, in Laurel County, in the Eastern District of Kentucky,

**SCOTTIE SHELTON**

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a live 12-gauge shotgun shell concealed in a section of galvanized pipe, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Count 1 of the Indictment, **SCOTTIE SHELTON**, shall forfeit to the United States any and all property used, or intending to be used, to commit andr to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **SCOTTIE SHELTON**, has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the felony offense charged in Count 2 of the Indictment, **SCOTTIE SHELTON**, shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 924. Any and all interest that **SCOTTIE SHELTON**, has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

The firearms seized from Scottie Shelton's property in August of 2025, listed in the table below and all associated ammunition and accessories.

| Firearm |
|---|
| SMITH & WESSON; Model: GOVERNOR; Caliber: 45/410; Type: REVOLVER; S/N: CSM4480 |
| MOSSBERG; Model: 590; Caliber: 20; Type: SHOTGUN; S/N: V0728141 |
| REMINGTON ARMS COMPANY, INC.; Model: 870; Caliber: 12; Type: SHOTGUN; S/N: V613964V |
| RUGER; Model: M77; Caliber: 7-08; Type: RIFLE; S/N: 792-26018 |
| BUSHMASTER FIREARMS; Model: XM15-E2S; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: ARA010304 |
| GLOCK GMBH; Model: 43X; Caliber: 9; Type: PISTOL; S/N: BLAR517 |
| KIMBER; Model: MICRO 9 RAPIDE; Caliber: 9; Type: PISTOL; S/N: STB0038494 |
| WINCHESTER; Model: 74; Caliber: 22; Type: RIFLE; S/N: 235386A |
| KHAN SHOTGUNS; Model: MAVERICK HS-12 TR; Caliber: 12; Type: SHOTGUN; S/N: TR12103892 |
| RUGER; Model: 22 CHARGER; Caliber: 22; Type: PISTOL; S/N: 493-46513 |
| CENTURY ARMS INTERNATIONAL; Model: M70AB2; Caliber: 762; Type: RIFLE; S/N: M70AB18361 |
| WALTHER; Model: PPK/S; Caliber: 22; Type: PISTOL; S/N: WF028323 |
| SKB ARMS; Model: 900; Caliber: 12; Type: SHOTGUN; S/N: S102991 |
| KEYSTONE SPORTING ARMS; Model: CRICKETT; Caliber: 22; Type: PISTOL; S/N: 75569 |
| NORINCO (NORTH CHINA INDUSTRIES); Model: SKS; Caliber: 762; Type: RIFLE; S/N: 41307 |
| SMITH & WESSON; Model: 63; Caliber: 22; Type: REVOLVER; S/N: CBN7557 |

| |
|---|
| RUGER; Model: MARK II TARGET; Caliber: 22; Type: PISTOL; S/N: 225-87520 |
| RUGER; Model: SR-22; Caliber: 22; Type: RIFLE; S/N: 361-43701 |
| WINCHESTER; Model: 70; Caliber: 264; Type: RIFLE; S/N: 916789 |
| BROWNING; Model: BAR; Caliber: 300; Type: RIFLE; S/N: 137NZ15457 |
| ROGUE RIFLE COMPANY, INC.; Model: CHIPMUNK; Caliber: 22; Type: RIFLE; S/N: 80845 |
| SAVAGE; Model: 311A; Caliber: 410; Type: SHOTGUN; S/N: None |
| REMINGTON ARMS COMPANY, INC.; Model: 1100 MAGNUM; Caliber: 12; Type: SHOTGUN; S/N: N171447M |
| MARLIN FIREARMS CO.; Model: 60; Caliber: 22; Type: RIFLE; S/N: 15417058 |
| REMINGTON ARMS COMPANY, INC.; Model: 550-1; Caliber: 22; Type: RIFLE; S/N: None |
| MOSSBERG; Model: 500E; Caliber: 410; Type: SHOTGUN; S/N: R102900 |
| SAVAGE; Model: STEVENS 940A; Caliber: 20; Type: SHOTGUN; S/N: None |
| INTERARMS; Model: VIRGINIAN; Caliber: 22; Type: REVOLVER; S/N: G303763 |
| MARLIN FIREARMS CO.; Model: 25M; Caliber: 22; Type: RIFLE; S/N: 16703293 |
| MARLIN FIREARMS CO.; Model: GOLDEN 39A MOUNTIE; Caliber: 22; Type: RIFLE; S/N: AC29538 |
| THOMPSON/CENTER ARMS CO.; Model: DIMENSION; Caliber: 223; Type: RIFLE; S/N: JAA4191 |
| REMINGTON ARMS COMPANY, INC.; Model: 700; Caliber: 22-250; Type: RIFLE; S/N: B6427099 |
| REMINGTON ARMS COMPANY, INC.; Model: NYLON 66; Caliber: 22; Type: RIFLE; S/N: A2181280 |
| MARLIN FIREARMS CO.; Model: 336CS; Caliber: 35; Type: RIFLE; S/N: 04050571 |
| SAVAGE; Model: 220; Caliber: 12; Type: SHOTGUN; S/N: None |
| BROWNING; Model: SWEET SIXTEEN; Caliber: 16; Type: SHOTGUN; S/N: 15015 |
| SAVAGE; Model: STEVENS 94; Caliber: 12; Type: SHOTGUN; S/N: None |
| REMINGTON ARMS COMPANY, INC.; Model: NYLON 66; Caliber: -- ; Type: RECEIVER/FRAME; S/N: 2328123 |

| |
|---|
| MARLIN FIREARMS CO.; Model: 99; Caliber: 22; Type: RIFLE; S/N: None |
| REMINGTON ARMS COMPANY, INC.; Model: NYLON 66; Caliber: -- ; Type: RECEIVER/FRAME; S/N: None |
| SMITH & WESSON; Model: 442 AIRWEIGHT; Caliber: 38; Type: REVOLVER; S/N: CCE0007 |
| CZ (CESKA ZBROJOVKA); Model: CZ P-09; Caliber: 9; Type: PISTOL; S/N: B555132 |
| RUGER; Model: REDHAWK; Caliber: 44; Type: REVOLVER; S/N: 502-00949 |
| SMITH & WESSON; Model: 629; Caliber: 44; Type: REVOLVER; S/N: AVP6027 |
| RUGER; Model: SINGLE SIX; Caliber: 22; Type: REVOLVER; S/N: 338326 |
| RUGER; Model: SINGLE SIX; Caliber: 17; Type: REVOLVER; S/N: 96505 |
| RUGER; Model: MARK II TARGET; Caliber: 22; Type: PISTOL; S/N: 211-98053 |
| SMITH & WESSON; Model: 63; Caliber: 22; Type: REVOLVER; S/N: M215131 |
| Shotgun of Unknown Manufacture; Black in Color with Wood Stock Engraved with a Marking of 44 |
| COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: ELCEN10537 |
| SMITH & WESSON; Model: 627PC; Caliber: 357; Type: REVOLVER; S/N: CRU1680 |
| COLT; Model: WOODSMAN; Caliber: 22; Type: PISTOL; S/N: 065911S |
| CZ (CESKA ZBROJOVKA); Model: CZ75 B; Caliber: 9; Type: PISTOL; S/N: C622521 |
| CZ (CESKA ZBROJOVKA); Model: CZ75 SP-01 TACTICAL; Caliber: 9; Type: PISTOL; S/N: B926971 |
| BERETTA USA CORP; Model: 21A; Caliber: 22; Type: PISTOL; S/N: DAA659010 |
| RUGER; Model: MARK IV TACTICAL; Caliber: 22; Type: PISTOL; S/N: 500091080 |
| COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PY337938 |
| BROWNING; Model: BLACK LABEL 1911-22; Caliber: 22; Type: PISTOL; S/N: 51EZW58687 |
| KIMBER; Model: WARRIOR SOC; Caliber: 45; Type: PISTOL; S/N: K503657 |
| KIMBER; Model: RAPTOR II; Caliber: 45; Type: PISTOL; S/N: K193149 |

| |
|---|
| ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI); Model: GALIL ACE SAR; Caliber: 762; Type: PISTOL; S/N: G0010953 |
| ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI); Model: GALIL ACE SAR; Caliber: 308; Type: PISTOL; S/N: G0013328 |
| SAVAGE; Model: STEVENS 311; Caliber: 20; Type: SHOTGUN; S/N: None |
| RUGER; Model: 10/22; Caliber: 22; Type: RIFLE; S/N: 822-08915 |
| RUGER; Model: 10/22; Caliber: 22; Type: RIFLE; S/N: 0011-22794 |
| REMINGTON ARMS COMPANY, INC.; Model: 33; Caliber: 22; Type: RIFLE; S/N: 204895 |
| MOSSBERG; Model: 590; Caliber: 20; Type: SHOTGUN; S/N: V1728515 |
| THOMPSON/CENTER ARMS CO.; Model: ENCORE PRO HTR PRDTR; Caliber: 22-250; Type: RIFLE; S/N: PS47580 |
| BERETTA, PIETRO S.P.A; Model: 1301 TACTICAL; Caliber: 12; Type: SHOTGUN; S/N: TA111052 |
| RUGER; Model: 22 CHARGER; Caliber: 22; Type: PISTOL; S/N: 492-24993 |
| KEYSTONE SPORTING ARMS; Model: CRICKETT; Caliber: 22; Type: RIFLE; S/N: 398703 |
| COLT; Model: M4 CARBINE; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: BP003761 |
| MOSSBERG; Model: 590; Caliber: 12; Type: SHOTGUN; S/N: V1710722 |
| ZASTAVA; Model: PAP M92 PV; Caliber: 762; Type: RIFLE; S/N: M92PV004052 |
| GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AGDL244 |
| SMITH & WESSON; Model: 317 AIRLITE; Caliber: 22; Type: REVOLVER; S/N: CJE3556 |
| SMITH & WESSON; Model: 638 AIRWEIGHT; Caliber: 38; Type: REVOLVER; S/N: CWC8200 |
| SMITH & WESSON; Model: 640; Caliber: 38; Type: REVOLVER; S/N: BNC1275 |
| Q, LLC; Model: ERECTOR; Caliber: 22; Type: SILENCER (NFA); S/N: FB1751 |
| 4 Homemade Silencers |

**OTHER:**
Two (2) ballistic vests seized from Scottie Shelton's property.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**COUNT 2:** Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**COUNT 3:** Not more than 10 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.

**PLUS:**   Forfeiture of all listed property.